**No. 39438.**—Protest 822496–G of French Italian Wine Co., Inc. (New York).

413

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49389) the protest was sustained.